In the Matter of ANGELA SUZANNE C., (a minor under the age of Seventeen). Juvenile Petition No. 83-JU-28-127, Petitioner.

(332 S. E. (2d) 102)

Supreme Court

July 19, 1985.

## ORDER DISMISSING APPEAL

The above entitled cause is pending on appeal in this Court. It now appears that Appellant wishes to withdraw the appeal and moves the Court for an Order Dismissing the Appeal.

It is ordered that the above captioned appeal be and hereby is dismissed.